# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-58 |
| Plaintiff, | ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR JUSTIN BROWN (ID#) 1980101 |
| vs. | |
| JUSTIN BROWN, | |
| Defendant. | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **JUSTIN BROWN** before the United States District Court at Las Vegas, Nevada, on or about _I/A & A/P Thurs 3/2/17 3:00 PM PAL 3B_____, at the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: February 21, 2017

_____
UNITED STATES MAGISTRATE JUDGE

DANIELL G. BOGDEN
United States Attorney
District of Nevada
PHILLIP N. SMITH, JR.
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JUSTIN BROWN,<br><br>　　　　　Defendant. | Case No.: 2:17-cr- 58<br><br>PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR JUSTIN BROWN<br>(ID#) 1980101 |

　　　The petition of the United States Attorney for the District of Nevada respectfully shows that **JUSTIN BROWN**, is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the said **JUSTIN BROWN** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **JUSTIN BROWN** may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada, on ___ I/A & A/P Thurs 3/2/17  3:00 PM PAL 3B _____, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the said Court.

　　　That the presence of the said **JUSTIN BROWN** before the United States District Court on or about _____ I/A & A/P Thurs 3/2/17  3:00 PM PAL 3B _____, at the hour of 3:00 p.m.,

1  for arraignment and from time to time and day to day thereafter until excused by the Court has
2  been ordered by the United States Magistrate or District Judge for the District of Nevada.
3       WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad
4  Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center,
5  Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding
6  them to produce the said **JUSTIN BROWN** before the United States District Court on or about
7  _I/A & A/P Thurs 3/2/17  3:00 PM  PAL 3B_____, at the hour of 3:00 p.m., for arraignment and from
8  time to time and day to day thereafter, at such times and places as may be ordered and directed
9  by the Court entitled above, to appear before the Court, and when excused by the said Court, to
10 be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.
11      DATED this 21st day of February, 2017.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

_/s/ Phillip N. Smith, Jr._ for
PHILLIP N. SMITH, JR.
Assistant United States Attorney

2