# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JUSTIN BROWN, <br><br> Defendant. | 2:17-cr-00058-JCM-VCF <br> **ORDER** |

Before the Court is the Motion to Suppress Evidence Due to Fourth Amendment Violations (ECF No. 20).

IT IS HEREBY ORDERED that an evidentiary hearing on the Motion to Suppress Evidence Due to Fourth Amendment Violations (ECF No. 20) is scheduled for 10:00 AM, June 1, 2017, in Courtroom 3D.

DATED this 16th day of May, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE