# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JUSTIN BROWN,<br><br>        Defendant. | 2:17-cr-00058-JCM-VCF<br>**MINUTE ORDER** |

Before the Court is the Stipulation to Continue Suppression Hearing (ECF No. 25).

IT IS HEREBY ORDERED that a hearing on the Stipulation to Continue Suppression Hearing (ECF No. 25) is scheduled for 10:00 AM, June 6, 2017, in Courtroom 3D.

The U.S. Marshal is directed to transport Defendant Justin Brown to and from the hearing.

IT IS FURTHER ORDERED that the evidentiary hearing scheduled for June 1, 2017 is VACATED.

DATED this 22nd day of May, 2017.

                                        _____
                                        CAM FERENBACH
                                        UNITED STATES MAGISTRATE JUDGE