# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JUSTIN BROWN, <br><br> Defendant. | 2:17-cr-00058-JCM-VCF <br> **ORDER** |

Before the Court is the Stipulation to Continue Suppression Hearing (ECF No. 29). The hearing scheduled for 10:00 AM, June 6, 2017 is NOT a suppression hearing. The suppression hearing originally scheduled for June 1, 2017 was vacated on May 22, 2017. (ECF No. 27). Given the upcoming trial in early July, the hearing scheduled for 10:00 AM, June 6, 2017 is to discuss the status of the case and to set a date for the suppression hearing.

Accordingly,

IT IS HEREBY ORDERED that the Stipulation to Continue Suppression Hearing (ECF No. 29) is DENIED.

DATED this 25th day of May, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE