# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | 2:17-cr-00058-JCM-VCF |
| JUSTIN BROWN, | **MINUTE ORDER** |
| Defendant. | |

Before the Court are the Motion to Suppress Evidence Due to Fourth Amendment Violations (ECF No. 20) and Motion to Dismiss or Suppress Evidence (ECF No. 36).

IT IS HEREBY ORDERED that an evidentiary hearing on the Motion to Suppress Evidence Due to Fourth Amendment Violations (ECF No. 20) and Motion to Dismiss or Suppress Evidence (ECF No. 36) is scheduled for 10:00 AM, August 3, 2017, in Courtroom 3D.

The U.S. Marshal is directed to transport Defendant Justin Brown to and from the hearing.

DATED this 23rd day of June, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE