RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RACHEL KORENBLAT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rachel_Korenblat@fd.org

Attorney for Justin Brown

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JUSTIN BROWN,<br><br>　　　　　Defendant. | Case No. 2:17-cr-058-JCM-VCF<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE REPLY TO THE GOVERNMENT'S RESPONSE TO THE MOTION TO DISMISS OR SUPPRESS EVIDENCE (ECF NO. 36)**<br>(Evidentiary Hearing Requested) |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven Myhre, Acting United States Attorney, and Frank Coumou, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rachel Korenblat, Assistant Federal Public Defender, counsel for Justin Brown , that the Reply to the Government's Response to the defendant's Motion to Dismiss or Suppress Evidence currently due on July 5, 2017, be vacated and continued to a date and time convenient to the Court, but no sooner than one weeks.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs the additional time to draft her Reply.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for an extension of time.

DATED this 29th day of June, 2017.

| RENE L. VALLADARES<br>Federal Public Defender | STEVEN MYHRE<br>Acting United States Attorney |
|---|---|
| */s/ Rachel Korenblat*<br>By_____<br>RACHEL KORENBLAT<br>Assistant Federal Public Defender | */s/ Frank Coumou*<br>By_____<br>FRANK COUMOU<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-058-JCM-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| JUSTIN BROWN, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the reply to the government's response to the defendant's motion to dismiss or suppress evidence currently due on July 5, 2017, be vacated and continued to July 15, 2017; or to a time and date convenient to the Court.

DATED this 29th of June, 2017.

_____
UNITED STATES MAGISTRATE JUDGE