2017 AUG 10 P 2:36
DISTRICT OF NEVADA
DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:17-cr-00058-JCM-VCF |
| Plaintiff(s), | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | (Docket No. 34) |
| JUSTIN BROWN, | ) | |
| Defendant(s). | ) | |

On June 8, 2017, Defendant filed a notice of assertion of right regarding shackling. Docket No. 33. The notice relates to the issuance of the *en banc* decision in *United States v. Sanchez-Gomez*, 859 F.3d 649 (9th Cir. 2017). On June 13, 2017, the Government moved to strike that notice, arguing that it mischaracterizes the Ninth Circuit's decision. Docket No. 34. These filings are not tethered to any particular hearing, shackling request, or shackling determination. There is no live justiciable dispute before the Court.

//

//

Accordingly, the motion to strike is **DENIED** without prejudice to the parties addressing the issues at an appropriate time if necessary.

IT IS SO ORDERED

Dated: August 10, 2017

_____
CAM FERENBACH
United States Magistrate Judge