# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>JUSTIN BROWN,<br><br>Defendant(s). | Case No. 2:17-CR-58 JCM (VCF)<br><br>ORDER |

Presently before the court is the matter of *USA v. Brown*, case number 2:17-cr-00058-JCM-VCF. This matter is currently scheduled for trial on September 11, 2017, with calendar call on September 9, 2017.

On August 14, 2017, Magistrate Judge Ferenbach entered a report and recommendation (R&R) (ECF No. 55) that Brown's motion to suppress evidence due to Fourth Amendment violations (ECF No. 20) be granted in part and denied in part, to which objections are not yet due until August 28, 2017.

On August 23, 2017, the parties entered a stipulation for an extension of time to file objections to Magistrate Judge's R&R "to a date and time convenient to the Court, but no sooner than sixty (60) days" to give defense counsel time to receive the transcript and draft her objections. (ECF No. 57).

This stipulation places the objection deadline for the R&R well past the currently scheduled trial date.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED that the parties must, within 5 days of the entry of this order, file a stipulation to continue the trial date for 120 days.

DATED August 24, 2017.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**