RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RACHEL KORENBLAT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rachel_Korenblat@fd.org

Attorney for Justin Brown

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | Case No. 2:17-cr-058-JCM-VCF |
|---|---|
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (ECF NO. 55)** |
| v. | |
| JUSTIN BROWN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven Myhre, Acting United States Attorney, and Frank Coumou, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rachel Korenblat, Assistant Federal Public Defender, counsel for Justin Brown, that the objections the the Magistrate Judge's report and recommendation currently due on August 28, 2017, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs the additional time to receive the transcript and draft her objections.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for an extension of time.

DATED this 23rd day of August, 2017.

| RENE L. VALLADARES<br>Federal Public Defender | STEVEN MYHRE<br>Acting United States Attorney |
|---|---|
| */s/ Rachel Korenblat*<br>By_____<br>RACHEL KORENBLAT<br>Assistant Federal Public Defender | */s/ Frank Coumou*<br>By_____<br>FRANK COUMOU<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JUSTIN BROWN,<br><br>　　　　Defendant. | Case No. 2:17-cr-058-JCM-VCF<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the objections to the Magistrate Judge's report and recommendation currently due on August 28, 2017, be vacated and continued to October 30, 2017, or to a time convenient to the court.

　　　DATED August 28, 2017.

　　　　　　　　　　　　　　　　　　　　_/s/ James C. Mahan_
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE