RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RACHEL KORENBLAT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rachel_Korenblat@fd.org

Attorney for Justin Brown

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN BROWN,<br><br>Defendant. | Case No. 2:17-cr-058-JCM-VCF<br><br>**STIPULATION TO CONTINUE CHANGE OF PLEA HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Frank Johan Coumou, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rachel Korenblat, Assistant Federal Public Defender, counsel for Justin Brown, that the Change of Plea Hearing currently scheduled on February 13, 2018 at 10:30 am, be continued to February 13, 2018 at 11:00 am.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant has another hearing in USA v. Ronquillo, case number 2:17-cr-00107-APG-CWH, at 10:00 am on February 13, 2018 in front of Judge Gordon.

2. Defendant is incarcerated and does not object to a continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance filed herein.

DATED this 9th day of February, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>Acting United States Attorney |
| */s/ Rachel Korenblat*<br>By_____<br>RACHEL KORENBLAT<br>Assistant Federal Public Defender | */s/ Frank Johan Coumou*<br>By_____<br>FRANK JOHAN COUMOU<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-CR-058-JCM-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| JUSTIN BROWN, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Change of Plea Hearing currently scheduled on February 13, 2018 at 10:30 a.m. be continued to February 13, 2018 at 11:00 a.m.

DATED February 9, 2018.

_____
UNITED STATES DISTRICT JUDGE